1  ALEXIS COLL-VERY (SBN 212735)
   **GOODWIN PROCTER LLP**
2  *acollvery@goodwinlaw.com*
   601 Marshall Street
3  Redwood City, California  94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  DEBORAH S. BIRNBACH (*pro hac vice* pending)
   **GOODWIN PROCTER LLP**
6  *dbirnbach@goodwinlaw.com*
   100 Northern Avenue
7  Boston, MA 02210
   Tel:+1 617-570-1339
8  Fax: +1 617 523 1231

9  Attorneys for Defendants
   GUIDEWIRE SOFTWARE INC., MARCUS S. RYU,
10 MICHAEL G. ROSENBAUM, and CURTIS H. SMITH

12 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDEWIRE SOFTWARE INC., MARCUS S. RYU, MICHAEL G. ROSENBAUM, and CURTIS H. SMITH<br><br>Defendants. | Case No. 4:20-cv-05038 HSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: 07/24/2020<br>Hon. Haywood S. Gilliam |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiff Sheet Metal Workers Local 19 Pension Fund ("Plaintiff") and Defendants Guidewire Software Inc., Marcus S. Ryu, Michael G. Rosenbaum, and Curtis H. Smith (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate with respect to Defendants' time to respond to the filed complaint, as follows:

WHEREAS, on July 24, 2020 Plaintiff filed a complaint, which asserts claims against Defendants under the Securities Exchange Act of 1934 on behalf of a class (the "Class");

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA") sets forth a statutory process for the selection of a member or members of the Class to serve as the lead plaintiff and lead counsel to represent the Class;

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u-4, the deadline for Class members to file a motion to be appointed lead plaintiff is September 23, 2020;

WHEREAS, on July 28, 2020, the Court issued an order setting the Initial Case Management conference for October 27, 2020;

WHEREAS, Plaintiff served Defendants with process of the complaint and Summons on July 29, 2020, making Defendants' response to the complaint due August 19, 2020 ("Defendants' Response Date");

WHEREAS, the Parties anticipate that after a lead plaintiff is appointed and lead counsel is approved by the Court, the lead plaintiff may file a consolidated or amended complaint, as is customary in cases governed by the PSLRA;

WHEREAS, the Parties thus agree that deferring Defendants' Response Date and the initial case management conference and related deadlines until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (ii) such lead plaintiff designates an operative complaint, would preserve the Court's and the Parties' time and resources and promote judicial efficiency;

WHEREAS, the Parties have not previously requested any extensions, the Parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-

trial or trial dates; and

WHEREAS, no party will be prejudiced by the stipulated-to extension;

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The Initial Case Management conference scheduled for October 27, 2020 is vacated.

2. If Plaintiff Sheet Metal Workers Local 19 Pension Fund is appointed lead plaintiff (i) it will have sixty (60) days from the date of appointment to designate an operative complaint or file a consolidated or amended complaint; (ii) Defendants will then have sixty (60) days to answer, move against, or otherwise respond; (iii) should Defendants move against the complaint, the lead plaintiff will have sixty (60) days to file opposition(s) to Defendants' motion(s); and (iv) Defendants will have thirty (30) days to file replies to lead plaintiff's opposition(s).

3. This Stipulation is entered into without prejudice to any party seeking any interim relief.

4. Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses, except as to sufficiency of service of process, that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: August 17, 2020 | GOODWIN PROCTER LLP |

By: /s/ Alexis Coll-Very
    Alexis Coll-Very

Alexis S. Coll-Very
*acollvery@goodwinlaw.com*
601 Marshall Street
Redwood City, California  94063
Tel.:+1 650 752 3100
Fax: +1 650 853 1038

GOODWIN PROCTER LLP
Deborah Birnbach
*dbirnbach@goodwinlaw.com*
100 Northern Avenue
Boston, MA 02210
Tel: +1  617-570-1339
Fax: +1 617 523 1231

GOODWIN PROCTER LLP
Galen A. Phillips
*gphillips@goodwinlaw.com*
601 South Figueroa Street, 41st Fl.
Los Angeles, California  90017
Tel: +1 213 426 2559
Fax: +1 213 623 1673

GOODWIN PROCTER LLP
Megan D. Bettles
*mbettles@goodwinlaw.com*
Three Embarcadero Center
San Francisco, CA 94111
Tel: +1 415 733 6000
Fax: +1 415 677 9041

*Attorneys for Defendants*
GUIDEWIRE SOFTWARE INC., MARCUS S. RYU, MICHAEL G. ROSENBAUM, and CURTIS H. SMITH

Dated:  August 17, 2020               SAXENA WHITE LLP


By: /s/ David R. Kaplan
    David R. Kaplan

4
JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT
Case No. 4:20-cv-05038

David R. Kaplan
dkaplan@saxenawhite.com
Brandon Marsh
bmarsh@saxenawhite.com
12750 High Bluff Drive, Suite 475
San Diego, CA 92130
Tel: (858) 997-0860
Fax: (858) 369-0096

*Attorneys For Plaintiff*
SHEET METAL WORKERS LOCAL 19
PENSION FUND

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  8/18/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge