Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sheet Metal Workers Local 19 Pension Fund<br><br>Plaintiff(s),<br><br>v.<br><br>Guidewire Software, Inc., et al.<br><br>Defendant(s). | Case No: 4:20-cv-05038-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Deborah S. Birnbach, an active member in good standing of the bar of Eastern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Guidewire Software, Inc. et al. in the above-entitled action. My local co-counsel in this case is Alexis Coll-Very, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 Northern Avenue<br>Boston, MA 02210 | 601 Marshall Street<br>Redwood City, 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 570-1000 | (650) 752-3100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dbirnbach@goodwinlaw.com | acollvery@goodwinlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DB4371.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/17/20

Deborah S. Birnbach
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Deborah S. Birnbach is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/21/2020

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _Douglas C. Palmer_, Clerk of this Court,

certify that _Deborah Sager Birnbach_, Bar # _DB4371_,

was duly admitted to practice in this Court on _08/03/1993_, and is in good standing as a member

of the Bar of this Court.

Dated at _Brooklyn_ on _04/30/2020_
  *(Location)*        *(Date)*

Douglas C. Palmer
*CLERK OF COURT*

*Salomon Mejia Jr*
Salomon Mejia Jr, *DEPUTY CLERK*

