| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **SAXENA WHITE P.A.**<br>David R. Kaplan (SBN 230144)<br>dkaplan@saxenawhite.com<br>Brandon Marsh (SBN 268316)<br>bmarsh@saxenawhite.com<br>12750 High Bluff Drive, Suite 475<br>San Diego, CA 92130<br>Telephone: (858) 997-0860<br>Facsimile: (858) 369-0096<br><br>*Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 19 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>GUIDEWIRE SOFTWARE INC., MARCUS S. RYU, MICHAEL G. ROSENBAUM, and CURTIS H. SMITH,<br><br>　　　　　　　Defendants. | Case No.: 4:20-cv-05038-HSG<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>CLASS ACTION |

PLEASE TAKE NOTICE THAT plaintiff Sheet Metal Workers Local 19 Pension Fund hereby voluntarily dismisses its complaint, without prejudice. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

Dated: October 7, 2020

Respectfully Submitted,

*/s/ David R. Kaplan*
David R. Kaplan

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
Brandon Marsh (SBN 268316)
12750 High Bluff Drive
Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
bmarsh@saxenawhite.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List via the Court's filing system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of October 2020.

/s/ David R. Kaplan
David R. Kaplan

**SAXENA WHITE P.A.**
David R. Kaplan (SBN 230144)
Brandon Marsh (SBN 268316)
12750 High Bluff Drive
Suite 475
San Diego, CA 92130
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
bmarsh@saxenawhite.com

*Counsel for Plaintiff*